MAYER BROWN LLP
JOHN NADOLENCO (State Bar No. 181128)
e-mail: jnadolenco@mayerbrown.com
BRONWYN F. POLLOCK (State Bar No. 210912)
e-mail: bpollock@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

MAYER BROWN LLP
DIANA L. HOOVER (pro hac vice)
e-mail: dhoover@mayerbrown.com
700 Louisiana St., Ste. 3400
Houston, Texas 77002-2730
Telephone: (713) 238-3000
Facsimile: (713) 238-4888

Attorneys for Defendant
Schering Corporation

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONA RIVERA, on behalf of herself and others similarly situated,<br><br>       Plaintiffs,<br>  v.<br>SCHERING CORPORATION; and DOES 1 to 50, Inclusive,<br><br>       Defendants. | CASE NO. CV 08-1743-GW(JCx)<br><br>**JUDGMENT**<br><br>JS-6 |

## [PROPOSED] JUDGMENT

The Motion for Summary Judgment brought by Defendant Schering Corporation came on for hearing at 8:30 a.m. on August 14, 2008, in Courtroom 10 of the above-captioned Court, the Honorable George H. Wu, United States District Judge, presiding.

Having fully considered the evidence presented by Plaintiff and Defendant in connection with Defendant Schering Corporation's Motion for Summary Judgment, having heard the issues raised by Defendant Schering Corporation's Motion for Summary Judgment, and having filed its Order granting Defendant Schering Corporation's Motion for Summary Judgment in the above-captioned action on August 14, 2008;

THE COURT ORDERS, ADJUDGES AND DECREES THAT:

1. Plaintiff Ramona Rivera shall take nothing by her First Amended Class Action Complaint, and judgment is entered in favor of Defendant Schering Corporation.

2. The Court dismisses the above-captioned action on the merits.

3. The Court dismisses the fictitious defendants, Does 1 through 50, inclusive, from this action.

4. Defendant Schering Corporation shall recover its costs.

Dated: August 25, 2008

_____
Hon. George H. Wu
United States District Judge